IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROLYN SUE ANDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. CIV-23-788-F ) |
| PETCO ANIMAL SUPPLIES STORES, INC., a foreign for-profit business corporation | ) ) ) ) ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is the *Plaintiff's Unopposed Motion to Strike Scheduling Order and Enter New Scheduling Order* [Doc No. 25]. Upon consideration, the motion is **GRANTED**. Accordingly, the deadlines are extended as follows:

| Deadline Description | Current Deadlines | New Deadline |
|---|---|---|
| Plaintiff's Final Expert Witness List and Expert Reports | April 20, 2024 | August 20, 2024 |
| Defendant's Final Expert Witness List and Expert Reports | May 11, 2024 | September 10, 2024 |
| Plaintiff's Final Witness List | May 10, 2024 | September 10, 2024 |
| Defendant's Final Exhibit List | May 24, 2024 | September 24, 2024 |
| Defendant to file objections to Plaintiff's Final Exhibit List | May 24, 2024 | September 24, 2024 |
| Plaintiff to file objections to Defendant's Final Exhibit List | June 7, 2024 | October 8, 2024 |
| Discovery Deadline | August 15, 2024 | December 15, 2024 |
| Dispositive and Daubert Motion Deadline | June 1, 2024 | October 1, 2024 |

1

| Deadline Description | Current Deadlines | New Deadline |
|---|---|---|
| Deadline for designations of deposition testimony to be used at trial | See chambers rules, Part I | See chambers rules, Part I |
| Deadline to file objections and counter designation of deposition testimony | See chambers rules, Part I | See chambers rules, Part I |
| Deadline to file objection to counter designations | See chambers rules, Part I | See chambers rules, Part I |
| Motions in Limine Deadline | August 26, 2024 | December 20, 2024 |
| Requested voir dire, trial brief, and requested jury instructions and proposed verdict forms | August 26, 2024 | December 20, 2024 |
| Final Pretrial Report | August 26, 2024 | December 20, 2024 |
| Deadline for responses or objections to requested voir dire, trial briefs, requested jury instructions, motion in limine, and findings and conclusions | September 9, 2024 | January 3, 2025 |
| Trial Date | Trial docket Sept. 16, 2024 | Trial docket Jan. 14, 2025 |

**IT IS SO ORDERED THIS 19ᵀᴴ DAY OF APRIL, 2024.**

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0788p004.PO.docx